## Commonwealth *v.* Stratton, Appellant.

Submitted June 10, 1968. *Norman Klinger,* for appellant; *Samuel T. Swansen* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* West, Appellant.

Argued June 12, 1968. *Robert M. Pressman,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.